**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MINETTE VELAZQUEZ ET AL.,** | **Case No.: 4:25-CV-08221-YGR** |
| Plaintiffs, | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| **vs.** | |
| **ORDERPROTECTION.COM, INC.,** | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jon. S. Tigar *sua sponte* to consider whether it is related to *Poore v. OrderProtection.com*, Case No. 4:25-cv-4294-JST.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**